**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00104-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAVID GLEN SHERMAN,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Government's Motion to Vacate Convictions and Dismiss Indictment Regarding David Glen Sherman** [#54], filed September 12, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted, that the guilty pleas entered by defendant on July 28, 2005, should be vacated and that the indictment should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Government's Motion to Vacate Convictions and Dismiss Indictment Regarding David Glen Sherman** [#54], filed September 12, 2006, is **GRANTED**;

    2.  That the guilty pleas entered by defendant on July 28, 2005, **ARE VACATED**;

3. That the indictment [#1] filed March 10, 2004, **IS DISMISSED**; and

4. That this action **IS DISMISSED**.

Dated September 12, 2006, at Denver, Colorado.

                                       **BY THE COURT:**

                                       **s/ Robert E. Blackburn**
                                       **Robert E. Blackburn**
                                       **United States District Judge**